# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL EYRE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBANY MOLECULAR RESEARCH, INC., THOMAS E. D'AMBRA, PH.D., WILLIAM S. MARTH, DAVID H. DEMING, GERARDO GUTIÉRREZ FUENTES, KENNETH P. HAGEN, ANTHONY J. MADDALUNA, FERNANDO NAPOLITANO, AND KEVIN O'CONNOR,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:17-cv-00932-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, defendants having not served an answer or a motion for summary judgment, Plaintiff Michael Eyre hereby gives notice of the voluntary dismissal without prejudice as to Albany Molecular Research, Inc., Thomas E. D'Ambra, Ph.D., William S. Marth, David H. Deming, Gerardo Gutiérrez Fuentes, Kenneth P. Hagen, Anthony J. Maddaluna, Fernando Napolitano and Kevin O'Connor of the claims asserted in the above-captioned action.

| | |
|---|---|
| Dated: October 25, 2017 | **FARUQI & FARUQI, LLP** |
| | By: */s/ Michael Van Gorder* |
| | Michael Van Gorder (#6214) |
| | 20 Montchanin Road, Suite 145 |
| **OF COUNSEL:** | Wilmington, DE 19807 |
| | Tel.: (302) 482-3182 |
| **FARUQI & FARUQI, LLP** | Fax: (302) 482-3612 |
| Nadeem Faruqi | Email: mvangorder@faruqilaw.com |
| James M. Wilson, Jr. | |
| 685 Third Ave., 26th Fl. | *Counsel for Plaintiff* |
| New York, NY 10017 | |
| Telephone: (212) 983-9330 | |
| Email: nfaruqi@faruqilaw.com | |
| Email: jwilson@faruqilaw.com | |

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was filed via the District CM/ECF system on October 25, 2017, which caused an electronic copy of same to be served automatically upon all counsel of record.

*/s/Michael Van Gorder*
Michael Van Gorder
